## § 3143 – DETENTION OF A DEFENDANT PENDING SENTENCE

**§ 3143(a)(1):** unless § 3143(a)(2) applies, the Court shall detain the defendant unless it finds by clear and convincing evidence that the defendant is not a flight risk or a danger to the community.

**§ 3143(a)(2):** the Court shall order detention of a person who is convicted of a <u>crime described in § 3142(f)(1)(A)</u> unless:
(A)(i) the Court finds there is a substantial likelihood that a motion for acquittal or new trial will be granted; or (ii) the government has recommended that no sentence of imprisonment be imposed; and
(B) the Court finds by clear and convincing evidence that the defendant is not a flight risk or a danger to the community.

**Is § 875(c) a <u>crime described in § 3142(f)(1)(A)</u>?**
**§ 3142(f)(1)(A):** a crime of violence, a violation of section 1591, or an offense listed in section 2332b(g)(5)(B) *for which a maximum term of imprisonment of 10 years or more is prescribed.*

Is the qualifier "*for which a maximum term of imprisonment of 10 years or more is prescribed*" applicable to only the crimes listed in § 2332b(g)(5)(B) or does it modify all three antecedents?

### Modifies all three antecedents (series qualifier)

Cases applying the qualifier to all 3 antecedents:
*United States v. Paulino*, 2020 WL 1847914, at * 3 (S.D.N.Y. April 13, 2020); *United States v. Persico*, 2017 WL 3669554, at *3 (E.D.N.Y. Aug. 23, 2017); *United States v. Baldazo*, 2012 WL 12947283, at *1 (N.D. Ind. Apr. 19, 2012); *United States v. Madoff*, 586 F. Supp. 2d 240, 247 (S.D.N.Y. 2009); *United States v. Chavez-Rivas*, 536 F. Supp. 2d 962, 965-66 (E.D. Wis. 2008).

Federal misdemeanors and petit "crimes of violence" carry no prison terms or up to 1 year
Did § 3142(f)(1)(A) mean to include those crimes where imprisonment as a penalty is not a foregone conclusion?

Ambiguity when a crime listed in § 2332b(g)(5)(B) constitutes both a crime of violence *and* carries a sentence of less than 10 years
*E.g.*, 18 U.S.C. § 1363; 18 U.S.C. § 2280(a)(2)

Because the qualifier modifies "crime of violence," and § 875(c) carries a 5 year prison term, <u>Mr. Morelli isn't guilty of a crime under § 3142(f)(1)(A)</u>.
Accordingly, § 3143(a)(2) <u>does not apply</u>.
**Section 3143(a)(1) applies, and the Court considers whether there is clear and convincing evidence that Mr. Morelli is not a flight risk or a danger to the community.**

### Modifies last antecedent only (last antecendent rule)

**§ 3145(c):** a person subject to detention pursuant to § 3143(a)(2), and who meets the conditions of release set forth in section 3143(a)(1) or (b)(1), may be ordered released, under appropriate conditions, by the Court, if it is clearly shown that <u>there are exceptional reasons why the Mr. Morelli's detention would not be appropriate</u>.