UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA

      v.                              CRIMINAL CASE NO.  3:23-CR-0478 (BKS)

PATRICK DAI,

           Defendant.

_____

## NOTICE OF APPEAL

Notice is hereby given that the above-named Defendant hereby appeals to the United States Court of Appeals for the Second Circuit from the Memorandum-Decision and Order entered on December 19, 2023. (Dkt. No. 5).

DATED:  December 20, 2023                    Respectfully submitted,
                                                 OFFICE OF FEDERAL PUBLIC DEFENDER

                                            By:   *s/ James P. Egan, Esq.*
                                                      Assistant Federal Public Defender
                                                      Bar Roll No. 515300
                                                     4 Clinton Square, 3rd Floor
                                                     Syracuse, New York 13202
                                                     315-701-0080

TO:    United States Attorney's Office (via CM/ECF)